UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN MATASAR,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>WASHOE COUNTY JAIL, et al.,<br><br>　　　　　　Defendants | Case No. 3:24-cv-00302-ART-CLB<br><br>ORDER |

On July 10, 2024, *pro se* plaintiff Herman Matasar, an inmate in the custody of the Nevada Department of Corrections who is housed at Northern Nevada Correctional Center ("NNCC"), submitted a document titled "motion for injunction" and did not file an application to proceed *in forma pauperis* ("IFP") or pay the full $405 filing fee for a civil action. (*See* ECF Nos. 1, 1-1). Plaintiff's initiating document does not constitute a complaint. The Court will grant Plaintiff an extension of time to submit a complaint and either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* by an inmate at NNCC.

I.　　DISCUSSION

　　A.　　**Plaintiff must submit a signed complaint to the Court.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. The complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

Plaintiff's initiating motion is not a complaint because it does not contain substantially all the information called for by the Court's form. If Plaintiff wishes to proceed with this action, Plaintiff must file a complaint that complies with LSR 2-1.  Plaintiff should

file the complaint on this Court's approved civil-rights form.

**B.     Plaintiff must either pay the filing fee or file an IFP application.**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. Effective February 1, 2024, NNCC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate at Northern Nevada Correctional Center."

## II.    CONCLUSION

It is therefore ordered that Plaintiff has until **August 9, 2024**, to submit a complaint to this Court.

It is further ordered that Plaintiff has until **August 9, 2024**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which is pages 1–3 of the Court's approved form for inmates at NNCC.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and either pay the filing fee or properly apply for *in forma pauperis* status.

The Clerk of the Court is directed to send Plaintiff (1) the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same and (2) an application to proceed *in forma pauperis* by an inmate at NNCC and instructions for the same.

DATED THIS 11th day of July 2024.

UNITED STATES MAGISTRATE JUDGE