UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN MATASAR,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>WASHOE COUNTY JAIL, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 3:24-cv-00302-ART-CLB<br><br>**ORDER** |

On July 11, 2024, the Court directed pro se Plaintiff Herman Matasar, an inmate in the custody of the Nevada Department of Corrections, to submit a complaint under 42 U.S.C. § 1983 and to either pay the full $405 filing fee or an application to proceed *in forma pauperis* by August 9, 2024. (*See* ECF No. 3).  Plaintiff paid the $405 filing fee but did not file a complaint.  (ECF No. 4).

**I.　DISCUSSION**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. The complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

As explained in the previous order, Plaintiff's initiating motion is not a complaint because it does not contain substantially all the information called for by the Court's form. If Plaintiff wishes to proceed with this action, Plaintiff must file a complaint that complies with LSR 2-1. Plaintiff should file the complaint on this Court's approved civil-rights form.

Because Plaintiff partially complied with the Court's order, the Court will grant Plaintiff an extension of time to file a complaint in this case.

**II.　CONCLUSION**

It is therefore ordered that Plaintiff has **until September 16, 2024**, to submit a complaint to this Court.

1  Plaintiff is cautioned that this action will be subject to dismissal without prejudice if
2  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff
3  to refile the case with the Court, under a new case number, when Plaintiff can file a
4  complaint.

5  The Clerk of the Court is directed to send Plaintiff the approved form for filing a 42
6  U.S.C. § 1983 complaint and instructions for the same.

8  DATED THIS  16th  day of August 2024.

10  _____
    UNITED STATES MAGISTRATE JUDGE