UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN MATASAR,<br><br>                    Plaintiff,<br>     v.<br><br>WASHOE COUNTY JAIL,<br><br>                    Defendants. | Case No. 3:24-cv-00302-ART-CLB<br><br>DISMISSAL ORDER |

**I.    DISCUSSION**

On July 10, 2024, Plaintiff Herman Matasar, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. On December 23, 2024, this Court issued a screening order and dismissed the complaint in its entirety without prejudice with leave to amend. (ECF No. 7 at 11). On February 3, 2025, Plaintiff filed a first amended complaint. (ECF No. 9). On August 1, 2025, the Court took judicial notice that Plaintiff had been pronounced dead at Carson Tahoe Regional Medical Center on February 22, 2025. (ECF No. 10).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution. As such, the Court dismisses the case.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the Court dismisses this case

pursuant to Fed. R. Civ. P. 25(a)(1).

It is further ordered that the Clerk of the Court will close the case and enter judgment accordingly.

DATED: November 7, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE